THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Charles Sarrio,
 Dolly Sarrio and daughter, Joey Matthews, Fran Matthews and children, Robert
 Randle, J.E. Parnell, Catherine Parnell and children, Barbara Kolesar,
 Millard Rogers and Concerned Citizens of Sparrow Swamp, Appellants,
 
 
 

v.

 
 
 
 South Carolina
 Department of Health and Environmental Control and Will Ward Farm, Respondents.
 
 
 

Appeal from the Administrative Law Court
John D. McLeod, Administrative Law Judge

Unpublished Opinion No.  2011-UP-521  
 Submitted November 1, 2011  Filed
December 1, 2011

AFFIRMED

 
 
 
 Robert Guild, of Columbia, for Appellants.
 Leon Carroll Harmon, of Greenville, and
 Stephen Philip Hightower, of Columbia, for Respondents.
 
 
 

PER CURIAM:  In
 this contested permit case, Appellants argue the South Carolina Department of
 Health and Environmental Control (the Department) failed to properly carry out
 its regulatory mandate in issuing Will Ward Farm a permit to construct and
 operate an agricultural animal facility.  We find no error of law in the
 Department's decision to issue Will Ward Farm's permit and, therefore, affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities:  S.C. Code
 Ann. § 1-23-610(B) (Supp. 2010) (providing the standard of review for decisions
 of the Administrative Law Court (ALC)); Original Blue Ribbon Taxi Corp. v.
 S.C. Dep't of Motor Vehicles, 380 S.C. 600, 604, 670 S.E.2d 674,
 676 (Ct. App. 2008) ("The decision of the [ALC] should not be
 overturned unless it is unsupported by substantial evidence or controlled by
 some error of law."); id. at 605, 670 S.E.2d at 676
 ("Substantial evidence, when considering the record as a whole, would
 allow reasonable minds to reach the same conclusion as the [ALC] and is more
 than a mere scintilla of evidence.").
AFFIRMED.
HUFF, PIEPER,
 and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.